MG/CMC  
F. #2020R00970

UNITED STATES DISTRICT COURT  
EASTERN DISTRICT OF NEW YORK  
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

  - against -

PAUL MITCHELL,

  Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

FILED  
IN CLERK'S OFFICE  
US DISTRICT COURT E.D.N.Y.  
* DECEMBER 1, 2025 *  
BROOKLYN OFFICE

NOTICE OF MOTION

Criminal Docket No. 25 - 374   (     )

PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant PAUL MITCHELL's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   Brooklyn, New York  
          December 1, 2025

JOSEPH NOCELLA, JR.  
United States Attorney  
Eastern District of New York  
271 Cadman Plaza East  
Brooklyn, New York 11201

By:   /s/ Miranda Gonzalez  
      Miranda Gonzalez  
      Assistant United States Attorney  
      (718) 254-7000

Cc:   Clerk of the Court  
      Roger V. Archibald, Esq. (defense counsel)  
      Robert M. Silverman, Esq. (defense counsel)